IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAFFOUR BOAKYE, individually and on behalf of similarly situated individuals <br><br> Plaintiff <br><br> v. <br><br> EOG RESOURCES INC. <br><br> Defendant | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:23-cv-01633 |

## NOTICE OF SETTLEMENT

Plaintiff, Baffour Boakye, Individually and On Behalf of All Others Similarly Situated and Defendants, EOG Resources Inc., files this Notice of Settlement to inform the Court that they have reached an agreement resolving the issues in dispute in this matter. The parties anticipate they will file dismissal papers within thirty (30) days. Therefore, the parties respectfully request that the Court suspend all of the deadlines and settings in this case.

Respectfully submitted,

**TRAN LAW FIRM**

  */s/ Trang Q. Tran*
TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
2101 City West Blvd. Suite 100
Houston, Texas 77042
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on October 11, 2023, to all counsel of record via the Court's CM/ECF system.

        /s/ *Trang Q. Tran*
        Trang Q. Tran