United States District Court
Southern District of Texas
**ENTERED**
October 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAFFOUR BOAKYE, individually and on behalf of similarly situated individuals | § § § | |
| VS | § § § | CIVIL ACTION NO. H: 23-1633 |
| EOG RESOURCES INC. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. *See* Doc. No. 18). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next thirty days.

SIGNED this ___13th___ day of October 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE